PROB. 12B
(7/93)

**ORIGINAL**

# United States District Court

for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 27 2006

at 3 o'clock and ___ min ___ M
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: CLARENCE MORALES          Case Number: CR 02-00216HG-01

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                        Chief U.S. District Judge

Date of Original Sentence: 3/31/2003

Original Offense:   Distribution of 5 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), a Class B felony

Original Sentence:   51 months imprisonment to be followed by 5 years supervised release

Type of Supervision: Supervised Release       Date Supervision Commenced: 9/15/2006

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

5.   That the defendant serve up to 6 months community confinement in a residential reentry center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may participate in substance abuse and mental health treatment. The defendant shall also be allowed to participate in any medical related appointments as approved and directed by the Probation Office.

## CAUSE

The subject served approximately four (4) months of his incarceration term at the Residential Reentry Center (RRC) Mahoney Hale. Supervised release commenced on 9/15/2006, at which time the subject began residing with his brother and sister-in-law in Ewa Beach.

On 9/22/2006, the subject was involved in an altercation in the Ewa Beach community. According to the subject, an unidentified male who he recognized from the past, called his name while the subject was at a shopping complex. The subject

Prob 12B
(7/93)

2

proceeded to his rental vehicle and was at a stop light when the male drove to the side of the subject's vehicle and began yelling at the subject. The male then drove his vehicle into the rear of the subject's vehicle and proceeded towards the subject on foot with a golf club. The subject stated the light turned green and he began driving towards a police station. The male did not follow the subject out of Ewa Beach.

The subject requests that he be allowed to reenter the RRC until he can save enough money to obtain a residence of his own outside the Ewa Beach community. The subject indicated that Ewa Beach is where he resided prior to his arrest for the instant offense and while he does not know why anyone would want to harm him, he would rather avoid residing in this community. Additionally, the subject does not want to impose on his brother and sister-in-law.

The subject has limited resources and support. He is physically disabled and suffers from back problems. He is in the process of having his Social Security Disability income reinstated and anticipates he will begin receiving monetary benefits in November 2006.

Given the subject's negative experience during the short time he has been on supervision, we respectfully recommend that the Court modify the subject's conditions to include a public law placement. The placement will allow the subject to gradually reintegrate into the community, save for a place of his own, attend the therapy that he is ordered to participate in, and stay out of the Ewa Beach community.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification.

Respectfully submitted by,

*Robin A. DeMello*

ROBIN L. DeMELLO
Senior U.S. Probation Officer

Approved by:

*Timothy M. Jenkins*

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 9/27/2006

Prob 12B
(7/93)

3

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
HELEN GILLMOR
Chief U.S. District Judge

9·27·06
_____
Date

PROB 49
(5/96)

# United States District Court

## District of Hawaii

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

5. That the defendant serve up to 6 months community confinement in a residential reentry center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may participate in substance abuse and mental health treatment. The defendant shall also be allowed to participate in any medical related appointments as approved and directed by the Probation Office.

Witness: _____
ROBIN L. DeMELLO
Senior U.S. Probation Officer

Signed: _____
CLARENCE MORALES
Supervised Releasee

9-26-06
Date